COPY

FILED

2008 JUL 25  PM 12: 31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

1   JENNIFER S. BALDOCCHI (SB# 168945)
    jenniferbaldocchi@paulhastings.com
2   ELIZABETH A. FALCONE (SB# 219084)
    elizabethfalcone@paulhastings.com
3   JENNIFER A. AWREY (SB# 244332)
    jenniferawrey@paulhastings.com
4   PAUL, HASTINGS, JANOFSKY & WALKER LLP
    515 South Flower Street
5   Twenty-Fifth Floor
    Los Angeles, CA  90071
6   Telephone:  (213) 683-6000
    Facsimile:  (213) 627-0705
7
    Attorneys for Defendants
8   UNITED PARCEL SERVICE, INC., UPS GROUND
    FREIGHT, INC., and OVERNITE CORPORATION
9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12                    WESTERN DIVISION

13

14   JAIME CASTRO and REYES            Case No.  CV08-04898  (CWx)
     ALVAREZ as individuals and on
15   behalf of all other similarly situated,   DEFENDANTS UPS GROUND
                                         FREIGHT, INC., UNITED PARCEL
16              Plaintiffs,              SERVICE, INC., AND OVERNITE
                                         CORPORATION'S
17        vs.                           CERTIFICATION AS TO
                                         INTERESTED PARTIES
18   UPS GROUND FREIGHT, INC., a
     corporation; UNITED PARCEL
19   SERVICE, INC., a corporation;
     OVERNITE CORP., a corporation;
20   and DOES 1 through 20, inclusive,

21              Defendants.

22

23

24

25

26

27

28

---

DEFENDANTS' NOTICE OF INTERESTED PARTIES

1  TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT

2  COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PLAINTIFFS

3  JAIME CASTRO AND REYES ALVAREZ, AND TO THEIR ATTORNEYS OF

4  RECORD:

5

6          Pursuant to United States District Court, Central District, Local Rule

7  7.1-1, Defendants United Parcel Service, Inc., UPS Ground Freight, Inc., and

8  Overnite Corporation (collectively, "Defendants") hereby submit this Notice of

9  Interested Parties.

10

11          The undersigned, counsel of record for Defendants, certifies that the

12  following listed parties have a direct, pecuniary interest in the outcome of this case.

13  These representations are made to enable the Court to evaluate possible

14  disqualification or recusal.

15

16          1.  Defendant United Parcel Service, Inc., a corporation;

17

18          2.  Defendant UPS Ground Freight, Inc., a corporation;

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1      3. Defendant Overnite Corporation, a corporation;

2

3      4. Plaintiff Jaime Castro, an individual; and

4

5      5. Plaintiff Reyes Alvarez, an individual.

6

7

8 DATED:  July 24, 2008  PAUL, HASTINGS, JANOFSKY & WALKER LLP
            JENNIFER S. BALDOCCHI
            ELIZABETH A. FALCONE

9            JENNIFER A. AWREY

10

11          By: *Elizabeth A. Falcone*

12            ELIZABETH A. FALCONE

13           ATTORNEYS FOR DEFENDANTS
            UNITED PARCEL SERVICE, INC., UPS
            GROUND FREIGHT, INC., and

14           OVERNITE CORPORATION

15 LEGAL_US_W # 59529885.1

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE BY PERSONAL DELIVERY

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Nationwide Legal, Inc. 316 West 2nd Street, Suite 705, Los Angeles, CA 90012. On July 25, 2008, I personally served:

**DEFENDANTS UPS GROUND FREIGHT, INC., UNITED PARCEL SERVICE, INC., AND OVERNITE CORPPORATION'S CERTIFICATION AS TO INTERESTED PARTIES**

by delivering copies thereof to:

Kenneth H. Yoon, Esq.
Law Offices of Kenneth H. Yoon
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017

Peter M. Hart, Esq.
Law Offices of Peter M. Hart
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292

Larry W. Lee, Esq.
Daniel H. Chang, Esq.
Craig S. Hubble, Esq.
Diversity Law Group, A Professional Corporation
444 South Flower St., Suite 1370
Los Angeles, CA 90071

Executed on July 25, 2008, at Los Angeles, California.

PRINTED NAME: