FILED

2008 JUL 25  PM 12: 32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. C  CALIF
LOS ANGELES

BY _____

1  JENNIFER S. BALDOCCHI (SB# 168945)
   jenniferbaldocchi@paulhastings.com
2  ELIZABETH A. FALCONE (SB# 219084)
   elizabethfalcone@paulhastings.com
3  JENNIFER A. AWREY (SB# 244332)
   jenniferawrey@paulhastings.com
4  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
5  Twenty-Fifth Floor
   Los Angeles, CA  90071
6  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
7
8  Attorneys for Defendants
   UNITED PARCEL SERVICE, INC., UPS GROUND
   FREIGHT, INC., and OVERNITE CORPORATION
9

10                UNITED STATES DISTRICT COURT

11               CENTRAL DISTRICT OF CALIFORNIA

12                     WESTERN DIVISION

13

14  JAIME CASTRO and REYES           Case No.  CV08-04898 ODW
    ALVAREZ as individuals and on                        (CWx)
15  behalf of all other similarly situated,
                                     **DECLARATION OF RYAN C.
16            Plaintiffs,            SWIFT IN SUPPORT OF
                                     DEFENDANTS' NOTICE OF
17       vs.                         REMOVAL**

18  UPS GROUND FREIGHT, INC., a
    corporation; UNITED PARCEL
19  SERVICE, INC., a corporation;
    OVERNITE CORP., a corporation;
20  and DOES 1 through 20, inclusive,

21            Defendants.

22

23

24

25

26

27

28

                                    DECL. OF RYAN C. SWIFT ISO REMOVAL

## DECLARATION OF RYAN C. SWIFT

I, Ryan C. Swift, declare and state as follows:

1.      I serve as an Assistant Secretary for United Parcel Service, Inc., Overnite Corporation, and UPS Ground Freight, Inc.  I have personal knowledge of the facts set forth in this Declaration or know of them by my review of business records maintained by United Parcel Service, Inc., Overnite Corporation, and UPS Ground Freight, Inc. and, if called upon to do so, could and would testify competently thereto.

2.      I understand that the Complaint in this action was filed on June 23, 2008.

3.      United Parcel Service, Inc. is now, and was as of June 23, 2008, incorporated in the State of Delaware and maintains, and did maintain as of June 23, 2008, its principal place of business in the State of Georgia.

4.      Overnite Corporation is now, and was as of June 23, 2008, incorporated in the State of Virginia and maintains, and did maintain as of June 23, 2008, its principal place of business in the State of Virginia.

5.      UPS Ground Freight, Inc. is now, and was as of June 23, 2008, incorporated in the State of Virginia and maintains, and did maintain as of June 23,

///

///

///

1    2008, its principal place of business in the State of Virginia.

2

3           I declare under penalty of perjury under the laws of the United States

4    of America and the State of California that the foregoing is true and correct,

5    executed this 2⁴ day of July, 2008 in Atlanta, Georgia.

6

7                                        Ryan Q. Swift

8    LEGAL_US_W # 59536521.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

DECL OF RYAN C. SWIFT ISO REMOVAL

## PROOF OF SERVICE BY PERSONAL DELIVERY

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Nationwide Legal, Inc. 316 West 2nd Street, Suite 705, Los Angeles, CA 90012. On July 25, 2008, I personally served:

### DECLARATION OF RYAN C. SWIFT IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL

by delivering copies thereof to:

Kenneth H. Yoon, Esq.
Law Offices of Kenneth H. Yoon
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017


Peter M. Hart, Esq.
Law Offices of Peter M. Hart
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292


Larry W. Lee, Esq.
Daniel H. Chang, Esq.
Craig S. Hubble, Esq.
Diversity Law Group, A Professional Corporation
444 South Flower St., Suite 1370
Los Angeles, CA 90071

Executed on July 25, 2008, at Los Angeles, California.


PRINTED NAME: _William Gomez_

LEGAL_US_W # 59559952.1

PROOF OF PERSONAL SERVICE