COPY

1  JENNIFER S. BALDOCCHI (SB# 168945)
   jenniferbaldocchi@paulhastings.com
2  ELIZABETH A. FALCONE (SB# 219084)
   elizabethfalcone@paulhastings.com
3  JENNIFER A. AWREY (SB# 244332)
   jenniferawrey@paulhastings.com
4  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
5  Twenty-Fifth Floor
   Los Angeles, CA 90071
6  Telephone: (213) 683-6000
   Facsimile: (213) 627-0705
7
8  Attorneys for Defendants
   UNITED PARCEL SERVICE, INC., UPS GROUND
   FREIGHT, INC., and OVERNITE CORPORATION

FILED
2008 JUL 25 PM 12:32
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAIME CASTRO and REYES ALVAREZ as individuals and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UPS GROUND FREIGHT, INC., a corporation; UNITED PARCEL SERVICE, INC., a corporation; OVERNITE CORP., a corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV08-04898 (CWx)<br><br>**DECLARATION OF JOHN HAMPTON IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL** |

ODW

Case No.                                                    DECL. OF J. HAMPTON ISO REMOVAL

# DECLARATION OF JOHN HAMPTON

I, John Hampton, declare and state as follows:

1. I am employed as the Director of Workforce Planning for UPS Ground Freight, Inc. ("UPS Freight"). Except as otherwise indicated, I have personal knowledge of the facts set forth in this Declaration or know of them by my review of business records maintained by UPS Freight, and, if called upon to do so, could and would testify competently thereto.

2. I have reviewed the complaint filed by the Plaintiffs in this action, Jaime Castro and Reyes Alvarez, and it is my understanding that they are seeking to represent a class of all "less-than-truckload" drivers allegedly employed by UPS Freight, and who have been employed in the State of California since June 23, 2004, but who were not "linehaul" drivers, nor union members. UPS Freight refers to non-linehaul "less-than-truckload" drivers as "local" drivers (or "city drivers").

3. By virtue of my position with UPS Freight, I am knowledgeable about UPS Freight's human resources databases, including a database called the Global Employment Management System (referred to by the acronym "GEMS"), which contains data showing, *inter alia*, the job positions assigned to UPS Freight employees, their work locations, and their dates of employment. These data are entered into and maintained in GEMS in the ordinary course of business and are relied upon by UPS Freight in performing a variety of human resource and payroll functions.

Case No. _____                                      DECL. OF J. HAMPTON ISO REMOVAL

4. In connection with making this declaration, on July 22, 2008, I relied on the GEMS database to determine the number of non-union persons to whom a local driver job code was assigned and who were employed by UPS Freight in the State of California as of April 6, 2008. I determined that, as of April 6, 2008, more than 500 such drivers were employed by UPS Freight in the State of California.

5. In connection with my role as Workforce Planning Director for UPS Freight, I also have access to wage rate information for local drivers. As of April 6, 2008, the starting wage for full-time local drivers in California was $18.27 per hour. The highest wage for full-time local drivers in California was $21.80 per hour. The midpoint of these two hourly wage figures is $20.03 (($18.27 + $21.80) ÷ 2 = $20.03).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, executed this 24 day of July, 2008 in Chicago, Illinois.

_____
John Hampton

Case No.                                    -2-                   DECL OF J. HAMPTON ISO REMOVAL

## PROOF OF SERVICE BY PERSONAL DELIVERY

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Nationwide Legal, Inc. 316 West 2nd Street, Suite 705, Los Angeles, CA 90012. On July 25, 2008, I personally served:

## DECLARATION OF JOHN HAMPTON IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL

by delivering copies thereof to:

Kenneth H. Yoon, Esq.
Law Offices of Kenneth H. Yoon
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017


Peter M. Hart, Esq.
Law Offices of Peter M. Hart
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292


Larry W. Lee, Esq.
Daniel H. Chang, Esq.
Craig S. Hubble, Esq.
Diversity Law Group, A Professional Corporation
444 South Flower St., Suite 1370
Los Angeles, CA 90071

Executed on July 25, 2008, at Los Angeles, California.

PRINTED NAME: William Comer

LEGAL_US_W # 59559952.1

PROOF OF PERSONAL SERVICE