1  PETER M. HART (SB# 198691)
   hartpeter@msn.com
2  LAW OFFICES OF PETER M. HART
   13952 Bora Bora Way, F-320
3  Marina Del Rey, CA 90292
   Telephone: (310) 478-5789
4  Facsimile: (509) 561-6441

5  Attorney for Plaintiffs
   JAIME CASTRO and REYES ALVAREZ
6
   (Counsel for Plaintiffs continued on page 2)
7
   JENNIFER S. BALDOCCHI (SB# 168945)
8  jenniferbaldocchi@paulhastings.com
   ELIZABETH A. FALCONE (SB# 219084)
9  elizabethfalcone@paulhastings.com
   JENNIFER A. AWREY (SB# 244332)
10 jenniferawrey@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
11 515 South Flower Street
   Twenty-Fifth Floor
12 Los Angeles, CA 90071
   Telephone: (213) 683-6000
13 Facsimile: (213) 627-0705

14 Attorneys for Defendants
   UNITED PARCEL SERVICE, INC., UPS GROUND
15 FREIGHT, INC., and OVERNITE CORPORATION

16                UNITED STATES DISTRICT COURT

17       CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

18

| | |
|---|---|
| JAIME CASTRO and REYES ALVAREZ as individuals and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UPS GROUND FREIGHT, INC., a corporation; UNITED PARCEL SERVICE, INC., a corporation; OVERNITE CORP., a corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 08-4898 ODW (CWx)<br><br>**JOINT STIPULATION REGARDING INITIAL DISCLOSURES** |

LEGAL_US_W # 59942109.3                          Case No. CV 08-4898 ODW (CWx)

JOINT STIPULATION REGARDING INITIAL DISCLOSURES

1  LARRY W. LEE (SB# 228175)
   lwlee@diversitylaw.com
2  DANIEL H. CHANG (SB# 183803)
   dchang@diversitylaw.com
3  CRAIG S. HUBBLE (SB# 200789)
   chubble@diversitylaw.com
4  DIVERSITY LAW GROUP, A Professional Corporation
   444 S. Flower Street,
5  Citigroup Center. Suite 1370
   Los Angeles, CA 90071
6  Telephone: (213) 488-6555
   Facsimile: (213) 488-6554
7
   KENNETH H. YOON (SB# 198443)
8  LAW OFFICES OF KENNETH H. YOON
   One Wilshire Blvd., Suite 2200
9  Los Angeles, CA 90017
   Telephone: (213) 612-0988
10 Facsimile: (213) 947-1211

11 Attorneys for Plaintiffs
   JAIME CASTRO and REYES ALVAREZ
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## STIPULATION

WHEREAS, the above-captioned matter was filed as a putative class action on June 24, 2008 in Los Angeles Superior Court and removed to the United States District Court for the Central District of California on July 24, 2008;

WHEREAS, the parties participated in the initial meeting of counsel on August 25, 2008;

WHEREAS, Rule 26 of the Federal Rules of Civil Procedure ("Rule 26") requires the parties to exchange their initial disclosures fourteen (14) days after the initial meeting of counsel;

WHEREAS, the parties have agreed to participate in a private mediation on December 15, 2008; and

WHEREAS, the parties have met and conferred regarding documents needed for the mediation, and have agreed to informally exchange certain categories of documents and data prior to the mediation, as set forth in the parties' Rule 26(f) Joint Report.

//
//
//
//
//
//
//
//

1  BASED ON THE FOREGOING, the parties hereby agree through their counsel of record to exchange initial disclosures pursuant to Rule 26 no later than October 6, 2008.

IT IS SO STIPULATED.

DATED: Sept. 12, 2008        LAW OFFICES OF PETER M. HART
                             PETER M. HART

                             By: /s/ Peter Hart
                                 PETER M. HART

                             Attorneys for Plaintiffs
                             JAIME CASTRO AND REYES ALVAREZ

DATED: Sept. ___, 2008       PAUL, HASTINGS, JANOFSKY & WALKER LLP
                             JENNIFER S. BALDOCCHI
                             ELIZABETH A. FALCONE
                             JENNIFER A. AWREY

                             By:_____
                                 JENNIFER S. BALDOCCHI

                             Attorneys for Defendants
                             UNITED PARCEL SERVICE, INC., UPS
                             GROUND FREIGHT, INC., and
                             OVERNITE CORPORATION

1   BASED ON THE FOREGOING, the parties hereby agree through
2   their counsel of record to exchange initial disclosures pursuant to Rule 26 no later
3   than October 6, 2008.

5   IT IS SO STIPULATED.

7
8   DATED: Sept. ___, 2008       LAW OFFICES OF PETER M. HART
                                  PETER M. HART

10                                By: _____
11                                         PETER M. HART

12                                Attorneys for Plaintiffs
                                  JAIME CASTRO AND REYES ALVAREZ

14  DATED: Sept. 12, 2008         PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                  JENNIFER S. BALDOCCHI
15                                ELIZABETH A. FALCONE
                                  JENNIFER A. AWREY

17                                By: *Elizabeth A. Falcone* (signature)
18                                         ELIZABETH A. FALCONE

19                                Attorneys for Defendants
                                  UNITED PARCEL SERVICE, INC., UPS
20                                GROUND FREIGHT, INC., and
                                  OVERNITE CORPORATION