PETER M. HART (SB# 198691)
hartpeter@msn.com
LAW OFFICES OF PETER M. HART
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

Attorney for Plaintiffs
JAIME CASTRO and REYES ALVAREZ

(Counsel for Plaintiffs continued on page 2)

JENNIFER S. BALDOCCHI (SB# 168945)
jenniferbaldocchi@paulhastings.com
ELIZABETH A. FALCONE (SB# 219084)
elizabethfalcone@paulhastings.com
JENNIFER A. AWREY (SB# 244332)
jenniferawrey@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendants
UNITED PARCEL SERVICE, INC., UPS GROUND
FREIGHT, INC., and OVERNITE CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JAIME CASTRO and REYES ALVAREZ as individuals and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UPS GROUND FREIGHT, INC., a corporation; UNITED PARCEL SERVICE, INC., a corporation; OVERNITE CORP., a corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 08-4898 ODW (CWx)<br><br>**JOINT POST-MEDIATION STATUS REPORT** |

1  LARRY W. LEE (SB# 228175)
   lwlee@diversitylaw.com
2  DANIEL H. CHANG (SB# 183803)
   dchang@diversitylaw.com
3  CRAIG S. HUBBLE (SB# 200789)
   chubble@diversitylaw.com
4  DIVERSITY LAW GROUP, A Professional Corporation
   444 S. Flower Street,
5  Citigroup Center. Suite 1370
   Los Angeles, CA 90071
6  Telephone:  (213) 488-6555
   Facsimile:  (213) 488-6554
7
   KENNETH H. YOON (SB# 198443)
8  LAW OFFICES OF KENNETH H. YOON
   One Wilshire Blvd., Suite 2200
9  Los Angeles, CA 90017
   Telephone:  (213) 612-0988
10 Facsimile:  (213) 947-1211

11 ERIC HONIG, ESQ. (SB# 140765)
   LAW OFFICE OF ERIC HONIG
12 P.O. Box 10327
   Marina Del Rey, CA  90295
13
   Attorneys for Plaintiffs
14 JAIME CASTRO and REYES ALVAREZ

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    TO THE HONORABLE COURT:

2    Plaintiffs Jaime Castro and Reyes Alvarez ("Plaintiffs") and

3    Defendants UPS Ground Freight, Inc., United Parcel Service, Inc., and Overnite

4    Corporation ("Defendants") hereby submit the following joint post-mediation status

5    report.

6    WHEREAS, the parties engaged in a lengthy mediation on

7    December 15, 2008, before David A. Rotman, Esq., of Gregorio, Haldeman, Piazza,

8    Rotman & Matityahu in San Francisco, California;

9

10    WHEREAS, the mediation resulted in a settlement between the

11    parties;

12

13    WHEREAS, the parties are now preparing a joint motion for an order:

14    (1) conditionally certifying two classes for settlement, (2) giving preliminary

15    approval of the class action settlement, (3) directing distribution of notice of

16    settlement to the classes, and (4) setting a hearing for final approval of the class

17    settlement.

18

19    WHEREAS, the parties anticipate that they will complete and submit

20    to the Court their joint motion for preliminary approval and associated papers by

21    February 2, 2009.

22

23    IT IS HEREBY STIPULATED by and among Plaintiffs and

24    Defendants, through their respective counsel, to request that the Court set a hearing

25    on a joint motion for preliminary approval of the settlement for February 23, 2009.

26

27    This agreement may be signed in counterparts, bearing facsimile

28    ///

1  signatures, each of which shall be deemed an original.

2

3  DATED:  January 5, 2009    LAW OFFICES OF PETER M. HART
                             PETER M. HART

4                           By:_____/s/ Peter M. Hart_____
                                        PETER M. HART
5
                             Attorneys for Plaintiffs
6                            JAIME CASTRO AND REYES ALVAREZ

7  DATED:  January 5, 2009    DIVERSITY LAW GROUP
                             LARRY W. LEE
8                            DANIEL H. CHANG
                             CRAIG S. HUBBLE
9
                             By:_____/s/ Larry W. Lee_____
10                                      LARRY W. LEE

11                           Attorneys for Plaintiffs
                             JAIME CASTRO AND REYES ALVAREZ
12

13  DATED:  January 5, 2009    LAW OFFICES OF KENNETH H. YOON
                             KENNETH Y. YOON
14                           By:_____/s/ Kenneth Y. Yoon_____
                                        KENNETH Y. YOON
15

16                           Attorneys for Plaintiffs
                             JAIME CASTRO AND REYES ALVAREZ
17

    DATED:  January 5, 2009    LAW OFFICE OF ERIC HONIG
18                           ERIC HONIG

19                           By:_____/s/ Eric Honig_____
                                        ERIC HONIG
20
                             Attorneys for Plaintiffs
21                           JAIME CASTRO AND REYES ALVAREZ

22  DATED:  January 5, 2009    PAUL, HASTINGS, JANOFSKY & WALKER LLP
                             JENNIFER S. BALDOCCHI
23                           ELIZABETH A. FALCONE
                             JENNIFER A. AWREY
24
                             By:_____/s/ Elizabeth A. Falcone_____
25                                      ELIZABETH A. FALCONE

26                           Attorneys for Defendants
                             UNITED PARCEL SERVICE, INC., UPS
27                           GROUND FREIGHT, INC., and
                             OVERNITE CORPORATION
28