1  PETER M. HART (SB# 198691)
   hartpeter@msn.com
2  LAW OFFICES OF PETER M. HART
   13952 Bora Bora Way, F-320
3  Marina Del Rey, CA 90292
   Telephone:  (310) 478-5789
4  Facsimile:  (509) 561-6441

5  Attorney for Plaintiffs
   JAIME CASTRO and REYES ALVAREZ
6
7  (Counsel for Plaintiffs continued on page 2)

   JENNIFER S. BALDOCCHI (SB# 168945)
8  jenniferbaldocchi@paulhastings.com
   ELIZABETH A. FALCONE (SB# 219084)
9  elizabethfalcone@paulhastings.com
   JENNIFER A. AWREY (SB# 244332)
10 jenniferawrey@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
11 515 South Flower Street
   Twenty-Fifth Floor
12 Los Angeles, CA  90071
   Telephone:  (213) 683-6000
13 Facsimile:  (213) 627-0705

14 Attorneys for Defendants
   UNITED PARCEL SERVICE, INC., UPS GROUND
15 FREIGHT, INC., and OVERNITE CORPORATION

16                UNITED STATES DISTRICT COURT
17
         CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
18

| | |
|---|---|
| JAIME CASTRO and REYES ALVAREZ as individuals and on behalf of all other similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>UPS GROUND FREIGHT, INC., a corporation; UNITED PARCEL SERVICE, INC., a corporation; OVERNITE CORP., a corporation; and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No. CV 08-4898 ODW (CWx)<br><br>**NOTICE OF LODGING OF FIRST AMENDED COMPLAINT** |

LEGAL_US_W # 60907600.1                              Case No. CV 08-4898 ODW (CWx)

NOTICE OF LODGING OF FIRST AMENDED COMPLAINT

1  LARRY W. LEE (SB# 228175)
   lwlee@diversitylaw.com
2  DANIEL H. CHANG (SB# 183803)
   dchang@diversitylaw.com
3  CRAIG S. HUBBLE (SB# 200789)
   chubble@diversitylaw.com
4  DIVERSITY LAW GROUP, A Professional Corporation
   444 S. Flower Street,
5  Citigroup Center. Suite 1370
   Los Angeles, CA 90071
6  Telephone: (213) 488-6555
   Facsimile: (213) 488-6554
7
   KENNETH H. YOON (SB# 198443)
8  LAW OFFICES OF KENNETH H. YOON
   One Wilshire Blvd., Suite 2200
9  Los Angeles, CA 90017
   Telephone: (213) 612-0988
10 Facsimile: (213) 947-1211

11 ERIC HONIG, ESQ. (SB# 140765)
   LAW OFFICE OF ERIC HONIG
12 P.O. Box 10327
   Marina Del Rey, CA 90295
13
   Attorneys for Plaintiffs
14 JAIME CASTRO and REYES ALVAREZ

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 60907600.1              -2-              Case No. CV 08-4898 ODW (CWx)
NOTICE OF LODGING OF FIRST AMENDED COMPLAINT

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiffs Jaime Castro and Reyes Alvarez ("Plaintiffs") hereby submit their First Amended Complaint for filing, pursuant to the terms of the Joint Stipulation to Conditionally Amend Complaint for Settlement Purposes filed on February 20, 2009.

DATED: February 24, 2009     DIVERSITY LAW GROUP, A Professional Corporation


By:          / s /
                    LARRY W. LEE

Attorneys for Plaintiffs
JAIME CASTRO AND REYES ALVAREZ