PETER M. HART (SB# 198691)
hartpeter@msn.com
LAW OFFICES OF PETER M. HART
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

Attorney for Plaintiffs
JAIME CASTRO and REYES ALVAREZ

(Counsel for Plaintiffs continued on page 2)

JENNIFER S. BALDOCCHI (SB# 168945)
jenniferbaldocchi@paulhastings.com
ELIZABETH A. FALCONE (SB# 219084)
elizabethfalcone@paulhastings.com
JENNIFER A. AWREY (SB# 244332)
jenniferawrey@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendants
UNITED PARCEL SERVICE, INC., UPS GROUND FREIGHT, INC., and OVERNITE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JAIME CASTRO and REYES ALVAREZ as individuals and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UPS GROUND FREIGHT, INC., a corporation; UNITED PARCEL SERVICE, INC., a corporation; OVERNITE CORP., a corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 08-4898 ODW (CWx)<br><br>**STIPULATION TO EXCEED 25 PAGE LIMIT**<br><br>[L.R. 11-6] |

LEGAL_US_W # 60907600.1                             Case No. CV 08-4898 ODW (CWx)

STIPULATION TO EXCEED 25 PAGE LIMIT

1  LARRY W. LEE (SB# 228175)
   lwlee@diversitylaw.com
2  DANIEL H. CHANG (SB# 183803)
   dchang@diversitylaw.com
3  CRAIG S. HUBBLE (SB# 200789)
   chubble@diversitylaw.com
4  DIVERSITY LAW GROUP, A Professional Corporation
   444 S. Flower Street,
5  Citigroup Center. Suite 1370
   Los Angeles, CA 90071
6  Telephone:  (213) 488-6555
   Facsimile:  (213) 488-6554
7
   KENNETH H. YOON (SB# 198443)
8  LAW OFFICES OF KENNETH H. YOON
   kyoon@yoon-law.com
9  One Wilshire Blvd., Suite 2200
   Los Angeles, CA 90017
10 Telephone:  (213) 612-0988
   Facsimile:  (213) 947-1211
11
   ERIC HONIG, ESQ. (SB# 140765)
12 LAW OFFICE OF ERIC HONIG
   erichonig@aol.com
13 P.O. Box 10327
   Marina Del Rey, CA  90295
14
   Attorneys for Plaintiffs
15 JAIME CASTRO and REYES ALVAREZ

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | The Parties have agreed to stipulate, subject to the Court's approval, to |
| 3 | file a Joint Motion for an Order Preliminarily Approving Class Action Settlement |
| 4 | which exceeds the 25 page limit set forth in Local Rule 11-6 by five (5) pages. |
| 5 | IT IS SO STIPULATED. |

DATED:  February 23, 2009              LAW OFFICES OF KENNETH H. YOON

                                       By:              /s/
                                                Kenneth H. Yoon
                                       Attorney for Plaintiffs
                                       JAIME CASTRO AND REYES ALVAREZ

DATED:  February 23, 2009              PAUL, HASTINGS, JANOFSKY &
                                       WALKER LLP


                                       By:              /s/
                                       Jennifer S. Baldocchi
                                       Attorneys for Defendants
                                       UNITED PARCEL SERVICE, INC., UPS
                                       GROUND FREIGHT, INC., and
                                       OVERNITE CORPORATION