1  PETER M. HART (SB# 198691)
   hartpeter@msn.com
2  LAW OFFICES OF PETER M. HART
   13952 Bora Bora Way, F-320
3  Marina Del Rey, CA 90292
   Telephone: (310) 478-5789
4  Facsimile: (509) 561-6441

5  Attorney for Plaintiffs
   JAIME CASTRO and REYES ALVAREZ
6
7  (Counsel for Plaintiffs continued on page 2)

   JENNIFER S. BALDOCCHI (SB# 168945)
8  jenniferbaldocchi@paulhastings.com
   ELIZABETH A. FALCONE (SB# 219084)
9  elizabethfalcone@paulhastings.com
   JENNIFER A. AWREY (SB# 244332)
10 jenniferawrey@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
11 515 South Flower Street
   Twenty-Fifth Floor
12 Los Angeles, CA 90071
   Telephone: (213) 683-6000
13 Facsimile: (213) 627-0705

14 Attorneys for Defendants
   UNITED PARCEL SERVICE, INC., UPS GROUND
15 FREIGHT, INC., and OVERNITE CORPORATION

16                    UNITED STATES DISTRICT COURT
17
              CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
18
19

| JAIME CASTRO and REYES ALVAREZ as individuals and on behalf of all other similarly situated, | Case No. CV 08-4898 ODW (CWx) |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING STIPULATION TO EXCEED 25 PAGE LIMIT** |
| vs. | |
| UPS GROUND FREIGHT, INC., a corporation; UNITED PARCEL SERVICE, INC., a corporation; OVERNITE CORP., a corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | [L.R. 11-6] |

| | |
|---|---|
| 1 | LARRY W. LEE (SB# 228175) |
| | lwlee@diversitylaw.com |
| 2 | DANIEL H. CHANG (SB# 183803) |
| | dchang@diversitylaw.com |
| 3 | CRAIG S. HUBBLE (SB# 200789) |
| | chubble@diversitylaw.com |
| 4 | DIVERSITY LAW GROUP, A Professional Corporation |
| | 444 S. Flower Street, |
| 5 | Citigroup Center. Suite 1370 |
| | Los Angeles, CA 90071 |
| 6 | Telephone:  (213) 488-6555 |
| | Facsimile:  (213) 488-6554 |
| 7 | |
| | KENNETH H. YOON (SB# 198443) |
| 8 | LAW OFFICES OF KENNETH H. YOON |
| | kyoon@yoon-law.com |
| 9 | One Wilshire Blvd., Suite 2200 |
| | Los Angeles, CA 90017 |
| 10 | Telephone:  (213) 612-0988 |
| | Facsimile:  (213) 947-1211 |
| 11 | |
| | ERIC HONIG, ESQ. (SB# 140765) |
| 12 | LAW OFFICE OF ERIC HONIG |
| | erichonig@aol.com |
| 13 | P.O. Box 10327 |
| | Marina Del Rey, CA  90295 |
| 14 | |
| | Attorneys for Plaintiffs |
| 15 | JAIME CASTRO and REYES ALVAREZ |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFORE, this Court grants the Parties' request to file their Joint Motion for an Order Preliminarily Approving Class Action Settlement, five (5) pages in excess of the 25 page limit set forth in Local Rule 11-6.

DATED: _____, 2009

Hon. Otis D. Wright, III
United States District Court Judge