JS-6

FILED
CLERK, U.S. DISTRICT COURT

SEP 10 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME CASTRO and REYES ALVAREZ as individuals and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UPS GROUND FREIGHT, INC., a corporation; UNITED PARCEL SERVICE, INC., a corporation; OVERNITE CORP., a corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 08-4898 ODW (CWx)<br><br>[~~PROPOSED~~] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT; FINAL JUDGMENT<br><br>Judge:   Hon. Otis D. Wright II<br>Ctrm.:   11<br>Date:   September 10, 2009<br>Time:   2:00 p.m. |

1   On September 10, 2009, the Court received Plaintiffs Jaime Castro and
2   Reyes Alvarez and Defendants United Parcel Service, Inc., UPS Ground Freight,
3   Inc., and Overnight Corporation's Joint Motion for Final Approval of Class Action
4   Settlement ("Joint Motion"). Peter M. Hart of the Law Offices of Peter M. Hart,
5   Larry W. Lee of Diversity Law Group, Kenneth H. Yoon of the Law Offices of
6   Kenneth H. Yoon, and Eric S. Honig of the Law Offices of Eric Honig appeared for
7   Plaintiffs. Jennifer S. Baldocchi of Paul, Hastings, Janofsky & Walker LLP
8   appeared for Defendants.
9
10  Having read and considered the papers on the motion, the arguments of
11  counsel, and the law, and good cause appearing therefore, the Court hereby grants
12  the Joint Motion in its entirety ("Final Order") and specifically finds:
13
14      1.    The proposed classes ("Classes"), identified in the Court's April 3,
15  2009 Order granting preliminary approval of this class action settlement
16  ("Preliminary Approval Order") and incorporated herein by reference, satisfy the
17  requirements of a settlement class because the class members are readily
18  ascertainable and a well-defined community of interest exists in the questions of
19  law and fact affecting the parties.
20
21      2.    The parties have complied with the distribution of the notice in the
22  manner and form set forth in the Preliminary Approval Order.
23
24      3.    Such notice is the best practicable notice under the circumstances, and
25  constitutes due and sufficient notice to all persons entitled thereto.
26      4.    The procedures required by the Preliminary Approval Order have been
27  carried out and satisfy due process requirements such that all absent class members
28

1   have been given the opportunity to participate fully in the claims exclusion and the

2   approval process.

3

4   5.    The award of $1,950,000 in attorneys' fees and $20,000 in costs is fair

*# 752,954.80*

5   and reasonable in this case and shall be paid in accordance with the parties'

6   Settlement.

7   6.    The enhancement of $40,000 to Representative Plaintiffs Jaime Castro

8   and Reyes Alvarez ($20,000 each) is fair and reasonable and shall be paid pursuant

9   to the parties' Settlement.

10

11  7.    The payment of $42,500 will fairly and reasonably cover the

12  administrative costs and shall be paid to the Claims Administrator by Defendants,

13  pursuant to the parties' Settlement.

14  8.    The payment of $35,000 to the California Labor and Workforce

15  Development Agency for its share of the settlement and civil penalties pursuant to

16  the Private Attorney General Act is fair and reasonable and shall be paid pursuant

17  to the parties' Settlement.

18

19  9.    There were no objections to the Settlement in response to the notice.

20  10.   The Court grants final approval of the Settlement between the parties.

21  The Court finds that the Settlement is fair, just, reasonable, and adequate to the

22  Classes when balanced against the probable outcome of extensive and costly

23  litigation. Substantial informal discovery, investigation, and research have been

24  conducted such that counsel for the parties at this time are reasonably able to

25  evaluate their respective positions. It appears to the Court that settlement will avoid

26  substantial additional costs by all parties, as well as the delay and risk that would be

27  presented by further prosecution of this action. The Court finds that the settlement

28

1  that has been reached as the result of intensive, noncollusive, arms-length
2  negotiations, and the exchange of information and documents.  Payment to those
3  class members who timely filed claims shall be made in accordance with the terms
4  of the Settlement.  The Court directs the parties to effectuate the Settlement
5  according to its terms.

7      11.    The Classes are bound by the release and waiver listed in the
8  Settlement, including, without limitation, Section III(H), and this Final Order,
9  which Final Order shall have the force and effect of res judicata as to each of them.

10      12.    The Settlement is not an admission by Defendants nor is this Final
11  Order a finding of the validity of any claim in the lawsuit or any wrongdoing by
12  Defendants.  Furthermore, the Settlement will not be (i) construed as, offered or
13  admitted in evidence as, received as, or deemed to be evidence for any purpose
14  adverse to Defendants, including, but not limited to, evidence of a presumption,
15  concession, indication or admission by Defendants of any liability, fault,
16  wrongdoing, omission, concession or damage; nor (ii) disclosed, referred to or
17  offered in evidence against Defendants, in any further proceeding in the lawsuit, or
18  any other civil, criminal or administrative action or proceeding except for purposes
19  of effecting the Settlement.  However, the Settlement may be admitted in evidence
20  and otherwise used in any of and all proceedings to enforce any or all terms of the
21  Settlement, or in defense of any claims released or barred by the Settlement.

23      13.    In accordance with the terms of the Settlement, the claims covered by
24  the Settlement shall and hereby are dismissed on the merits with prejudice as to the
25  Representative Plaintiffs and all class members except those who filed timely
26  requests for exclusion.  Without affecting the finality of this Final Order and
27  Judgment, the Court reserves continuing and exclusive jurisdiction of the parties to
28

- 3 -

[PROPOSED] ORDER GRANTING FINAL
APPROVAL OF CLASS SETTLEMENT

1   the Settlement to administer, supervise, construe and enforce the Settlement in

2   accordance with its terms for the mutual benefits of the parties.

3
4   THEREFORE, the Court, in the interests of justice, there being no reason for

5   delay, expressly directs the Clerk of the Court to enter Final Order and Judgment as

    set forth above, and hereby decrees, that upon entry, it be deemed a final judgment
6
7   as to all claims by the Representative Plaintiffs against Defendants on behalf of

8   themselves and the Classes as defined herein by reference.

9
10  **IT IS SO ORDERED,** this _10_ day of _Sept_, 2009.

11
12  Dated: _____

13                              Honorable Otis D. Wright II
                               District Judge of the United States District Court
14

15  Respectfully submitted,

16  DATED:  August 20, 2009       PETER M. HART
17                                LAW OFFICES OF PETER M. HART

18                                By: _____/s/_____
19                                        Peter M. Hart

20                                Attorneys for Individual and Representative
21                                Plaintiffs Jaime Castro and Reyes Alvarez

22  DATED:  August 20, 2009       JENNIFER S. BALDOCCHI
23                                PAUL, HASTINGS, JANOFSKY & WALKER LLP

24                                By: _____/s/_____
25                                        Jennifer S. Baldocchi

26                                Attorneys for Defendants
27                                UNITED PARCEL SERVICE, INC., UPS
                                 GROUND FREIGHT, INC., and OVERNITE
28                                CORPORATION

LEGAL_US_W # 62113112.1          - 4 -      [PROPOSED] ORDER GRANTING FINAL
                                            APPROVAL OF CLASS SETTLEMENT